[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 20-13758

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TONY JEROME HENRY,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:06-cr-00314-JSM-JSS-1

————————————

Before WILLIAM PRYOR, Chief Judge, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Adam Labonte, appointed counsel for Tony Henry in this appeal from the partial denial of his motion for a reduced sentence under the First Step Act,[1] has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.[2] Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the partial denial of Henry's motion is **AFFIRMED**.

---

[1] Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222.

[2] We decline counsel's invitation to adopt the position of other Circuit Courts of Appeals regarding the applicability of *Anders* to the denial of motions under the First Step Act.